IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,

    Petitioner,               No. CIV-S-05-1794 FCD KJM P

   vs.

MULE CREEK STATE PRISON, et al.,    <u>ORDER</u>

    Respondents.

_____/

    Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On January 17, 2006, this court recommended that the action be dismissed because petitioner had not alleged he was being held in custody in violation of the constitution of the United States.

    On January 25, 2006, petitioner filed a civil rights complaint, using this case number.

    IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to remove docket number 8 from this file and open a new civil rights case containing this complaint.

/////

/////

/////

1

Dockets.Justia.com

1        2. In connection with the new case, the Clerk is directed to send petitioner an in forma pauperis form to be used by prisoners filing civil rights actions. Petitioner is directed to return that form, with the newly assigned case number, within thirty days of the date of this order. Failure to comply may result in a recommendation that the action be dismissed.

DATED: February 2, 2006.

                                          /s/ Mueller
                               UNITED STATES MAGISTRATE JUDGE

2
onti1794.com