IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. CIV S-06-0233-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court  plaintiff's request for leave to proceed in forma pauperis (Doc. 6) and plaintiff's motion for appointment of counsel (Doc. 7) .  Plaintiff's complaint will be addressed separately.

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

      As to plaintiff's motion for appointment of counsel, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).

1  In certain exceptional circumstances, the court may request the voluntary assistance of counsel
2  pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);
3  Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
4  does not find the required exceptional circumstances.
5            Accordingly, IT IS HEREBY ORDERED that:
6            1.   Plaintiff's motion for leave to proceed in forma pauperis is granted;
7            2.   Plaintiff is required to pay the $250.00 statutory filing fee for this action
8  pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);
9            3.   An initial partial filing fee of $7.80 will be assessed by this order pursuant
10 to 28 U.S.C. § 1915(b)(1);
11           4.   By separate order, the court will direct the appropriate agency to collect
12 the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;
13           5.   Thereafter, plaintiff will be obligated for monthly payments of twenty
14 percent of the preceding month's income credited to plaintiff's prison trust account, such
15 payments to be forwarded by the appropriate agency to the Clerk of the Court each time the
16 amount in plaintiff's account exceeds $10.00, until the $250.00 filing fee is paid in full, pursuant
17 to 28 U.S.C. § 1915(b)(2); and
18           6.   Plaintiff's request for the appointment of counsel is denied.

20 DATED:  February 27, 2006.

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE