IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,                       No. CIV S-06-0233-LKK-CMK-P

      Plaintiff,

  vs.                                                       ORDER

R. CAMPBELL, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's first amended complaint (Doc. 12), filed on June 5, 2006.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

      Plaintiff names the following as defendants: Campbell; Childress; Pimentel; Rendon; and Williams.  Plaintiff claims that prison officials issued a rules violation report against plaintiff based on false information and that, despite having been found "not guilty" of the rules violation, the false report remains in his file due to the improper actions of defendants.  Plaintiff states that this has resulted in his being ineligible for certain job assignments and

reduced pay. Plaintiff seeks removal of the documents from his file as well as compensatory damages.

The first amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Also pending before the court is plaintiff's motion for appointment of counsel (Doc. 11), filed on June 5, 2006. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of counsel is denied;

2. Service is appropriate for the following defendant(s):

    CAMPBELL;

    CHILDRESS;

    PIMENTEL;

    RENDON; and

    WILLIAMS;

/ / /

1        3.      The Clerk of the Court shall send plaintiff one USM-285 form for each
2  defendant identified above, one summons, an instruction sheet, and a copy of the first amended
3  complaint filed June 5, 2006; and
4        4.      Within 30 days of the date of service of this order, plaintiff shall complete
5  the attached Notice of Submission of Documents and submit the following documents to the
6  court:
7        a.      The completed Notice of Submission of Documents;
8        b.      One completed summons;
9        c.      Five completed USM-285 form(s); and
10       d.      Six copies of the endorsed first amended complaint filed.

12 DATED: June 8, 2006.

                                                    */s/ Craig M. Kellison*
                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

EDWARD ONTIVEROS,  No. CIV S-06-0233-LKK-CMK-P
    Plaintiff,
  vs.
R. CAMPBELL, et al.,
    Defendants.
                                 /

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;
    ____    completed USM-285 form(s); and
    ____    copies of the first amended complaint.

DATED: _____               _____
                                                              Plaintiff