IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,                           No. CIV S-06-0233-LKK-CMK-P

      Plaintiff,

  vs.                                                        ORDER

R. CAMPBELL, et al.,

      Defendants.

                               /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 29, 2006, are adopted in full;

2. Defendants' motion to dismiss (Doc. 19) is granted in part and denied in part;

3. Defendants' motion is granted as to plaintiff's due process claim based on the mere issuance of a false rules violation report, which is dismissed with prejudice;

4. Defendants' motion is granted as to plaintiff's due process claim based on job loss and lost pay, which is dismissed with prejudice;

5. Defendants' motion is denied as to plaintiff's due process claim based on denial of parole; and

6. Defendants' motion is granted as to defendant Campbell, who is dismissed from this action;[1]

7. This action shall proceed on plaintiff's due process claim regarding parole only and the matter is referred back to the Magistrate Judge to screen the second amended complaint in light of this order and to issue such further orders and findings and recommendations as are appropriate.

DATED: January 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The findings and recommendations concluded that plaintiff should be permitted leave to amend as to defendant Campbell. Plaintiff, however, has already filed a second amended complaint deleting defendant Campbell. Therefore, leave to amend as to defendant Campbell is not necessary.