1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EDWARD ONTIVEROS,                            No. CIV S-06-0233-LKK-CMK-P

12          Plaintiff,

13      vs.                                        ORDER

14   KERNAN, et al.,

15          Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's second amended complaint (Doc.

19   23), filed on October 6, 2006, and referred to the undersigned for statutory screening pursuant to

20   the court's January 8, 2007, order.

21          The court is required to screen complaints brought by prisoners seeking relief

22   against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C.

23   § 1915A(a).  Plaintiff names the following as defendants: Kernan; Childress; Pimentel; Rendon;

24

25

26

1

1    and Williams.[1]    In the first amended complaint, plaintiff claimed that prison officials issued a

2    rules violation report against plaintiff based on false information and that, despite having been

3    found "not guilty" of the rules violation, the false report remains in his file due to the improper

4    actions of defendants.  Plaintiff stated that this has resulted in his being ineligible for certain job

5    assignments and reduced pay.  Plaintiff also claimed that his chances of parole are jeopardized

6    by the existence in his file of the false rules violation report.  Plaintiff sought removal of the

7    documents from his file as well as compensatory damages.  Defendants Childress and Rendon,

8    along with former defendant Campbell, appeared in the action on September 8, 2006, by way of

9    a motion to dismiss.[2]  That motion was granted in part and denied in part and, in an order issued

10   on January 8, 2007, the court specified that this action proceeds on plaintiff's due process claim

11   based on denial of parole.

12           Now before the court is plaintiff's second amended complaint, which the

13   undersigned has been directed to screen for sufficiency.  With respect to the remaining claim, all

14   allegations are substantially the same.  However, because the second amended complaint now

15   names a new defendant – Kernan – the court must consider whether it is sufficient as to this

16   defendant.  In the second amended complaint, plaintiff indicates that defendant Kernan is the

17   warden of Mule Creek State Prison – where the events alleged in the complaint occurred – and

18   asserts that defendant Kernan knew of the alleged due process violation but refused to

19   investigate plaintiff's claim.

20           The second amended complaint appears to state a cognizable claim for relief

21

22      [1]      The second amended complaint deletes Campbell as a defendant to this action and
     adds Kernan.  Because the second amended complaint supercedes the prior pleading, Campbell
23   is no longer a defendant to this action.  The Clerk of the Court will be directed to terminate
     Campbell as a defendant and to add Kernan as the lead defendant for caption purposes.
24
        [2]      Process directed to defendant Pimental was returned unexecuted on September 5,
25   2006. On September 13, 2006, the court directed plaintiff to seek additional information
     concerning this defendant and to notify the court once such information was obtained.  To date,
26   plaintiff has not provided any additional information and this defendant remains unserved.

1  pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff

2  has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds

3  that service is appropriate and will direct service by the U.S. Marshal without pre-payment of

4  costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff

5  complies with this order.  Plaintiff is warned that failure to comply with this order may result in

6  dismissal of the action.  See Local Rule 11-110.  Because defendants Childress, Rendon, and

7  Williams have already appeared in the action, they will be directed to file an answer to the

8  second amended complaint.  The court will forward plaintiff only those documents necessary for

9  service of defendant Kernan and re-service of defendant Pimental.

10             Also pending before the court is defendants' request that the court conduct the

11  foregoing statutory screening of the second amended complaint.  Defendants assert that the

12  second amended complaint repeats claims which the court has dismissed.  Pursuant to the

13  January 8, 2007, order, plaintiff's due process claim based on job loss and lost pay has been

14  dismissed with prejudice and this action proceeds on the due process claim regarding parole

15  only.

16             Accordingly, IT IS HEREBY ORDERED that:

17             1.     The Clerk of the Court is directed to terminate Campbell as a defendant

18  and to add Scott Kernan as the lead defendant on the docket;

19             2.     Service is appropriate for the following defendant(s):

20                    KERNAN;

21                    CHILDRESS;

22                    PIMENTEL;

23                    RENDON; and

24                    WILLIAMS;

25             3.     Defendants Rendon, Williams, and Childress shall file an answer to the

26  second amended complaint within 30 days of the date of this order; and

1    4.    The Clerk of the Court shall send plaintiff two USM-285 forms – one for

2  defendant Kernan and one for defendant Pimental – one summons, an instruction sheet, and a

3  copy of the second amended complaint filed October 6, 2006; and

4    5.    Within 30 days of the date of service of this order, plaintiff shall complete

5  the attached Notice of Submission of Documents and submit the following documents to the

6  court:

7    a.    The completed Notice of Submission of Documents;

8    b.    One completed summons;

9    c.    Two completed USM-285 form(s); and

10    d.    Three copies of the endorsed second amended complaint.

11

12  DATED:   January 9, 2007.

13

14  _____
    **CRAIG M. KELLISON**
15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT**
7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8  EDWARD ONTIVEROS,               No. CIV S-06-0233-LKK-CMK-P
           Plaintiff,
9        vs.
   KERNAN, et al.,
10             Defendants.

11  _____/
                 NOTICE OF SUBMISSION OF DOCUMENTS
12            Plaintiff hereby submits the following documents in compliance with the court's
order:
13          __1__          completed summons form;
                     completed USM-285 form(s); and
14          ____          copies of the second amended complaint.

15  DATED: _____         _____
                                          Plaintiff
16

17

18

19

20

21

22

23

24

25

26