IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. CIV S-06-0233-LKK-CMK-P |
|     Plaintiff, | |
|  vs. | ORDER |
| KERNAN, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2007, plaintiff filed a motion requesting:  (1) to file discovery documents with the court; and (2) judicial intervention with respect to service of process on defendants Kernan and Pimental.

      As to plaintiff's request to file discovery documents, plaintiff is advised that such documents need not be filed with the court except as part of a motion to compel.  Therefore, plaintiff's discovery requests will not be filed and will not be considered at this time.  The court refers plaintiff to the March 8, 2007, discovery order for instructions regarding conducting discovery in this matter.

/ / /

1    As to service of process on defendant Kernan, plaintiff is advised that defendant
2 Kernan has waived service and filed his answer to the complaint on April 17, 2007.  As to
3 defendant Pimental, who remains unserved, process has not yet been returned unexecuted as to
4 such defendant.  Therefore, plaintiff's request for judicial intervention is premature at this time.
5    Accordingly, IT IS HEREBY ORDERED that plaintiff's March 30, 2007, motion
6 is denied.

8 DATED:  May 23, 2007.

10 _____
   **CRAIG M. KELLISON**
11 UNITED STATES MAGISTRATE JUDGE

2