IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. CIV S-06-0233-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KERNAN, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for appointment of counsel (Doc. 46).

   The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.

Also before the court is plaintiff's June 5, 2007, request for judicial intervention regarding service of process on defendant Pimental. Because defendant Pimental appeared in the action by way of an answer filed on May 30, 2007, judicial intervention to serve this defendant is not required. The request will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel is denied; and

2. Plaintiff's request for judicial intervention is denied.

DATED: June 7, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE