IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS, | No. CIV S-06-0233-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KERNAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's second amended complaint, filed on October 6, 2006. Plaintiff names the following as defendants: Kernan, Childress, Pimental, Rendon, and Williams. These defendants have all been served and have appeared in the action. N. Grannis, however, is <u>not</u> named as a defendant. Therefore, the Clerk of the Court is directed to terminate N. Grannis as a defendant to this action and to strike Grannis' answer, filed on May 22, 2007 (Doc. 41).

IT IS SO ORDERED.

DATED: June 12, 2007.

                                                                           **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE