# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,            No. CIV S-06-0233-LKK-CMK-P

    Plaintiff,

  vs.                             <u>ORDER</u>

KERNAN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel discovery responses (Doc. 51), filed on June 8, 2007.  Plaintiff states that he served discovery requests consisting of requests for production, requests for admissions, and interrogatories on the defendants but that he has not received any responses within the time provided by the rules.

        Federal Rule of Civil Procedure 37(d) provides, in pertinent part, as follows:

> If a party...fails...to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories, or...to serve a written response to a request for inspection submitted under Rule 34, after proper service of the request, the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others it may take any action authorized under subparagraph (A),

(B), and (C) of subdivision (b)(2) of this rule.

Plaintiff has not established "proper service" of the requests. In particular, while plaintiff attached each of the discovery requests at issue, which are dated March 25, 2007, plaintiff has not provided proofs of service on defendants. For this reason, plaintiff's motion to compel is denied without prejudice.

        IT IS SO ORDERED.

DATED: June 14, 2007.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE