UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ONTIVEROS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>R. CAMPBELL, et al.,,<br><br>　　　　　　　　　　Defendants. | No. 2:06-CV-0233 LKK CMK P<br><br>**ORDER RE: DEFENDANTS' REQUEST TO VACATE SCHEDULING ORDER IN PART** |

**ORDER**

Good cause having been shown, Defendants' request that the Court vacate its scheduling order, as to pretrial statements, pretrial conference, and jury trial, in this matter, until further order of this Court, is granted.  Therefore, the due dates for pretrial statements and the dates scheduled for the pretrial conference and trial are hereby vacated.

DATED: October 19, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE