# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ONTIVEROS,                           No. CIV S-06-0233-LKK-CMK-P

    Plaintiff,

  vs.                                                          ORDER

KERNAN, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On December 28, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2007, are adopted in full;

2. Defendants' motion for summary judgment (Doc. 58) is granted;

3. Plaintiff's Rule 56(f) motion is denied;

4. All other pending motions (Docs. 65 and 66) are denied as moot; and

5. The Clerk of the Court is directed to enter judgment in favor of defendants and against plaintiff and to close this file.

DATED: February 27, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT